UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

MALIBU MEDIA, LLC,

                     Plaintiff,

vs.

JOHN DOE, subscriber assigned IP address
100.2.26.134,

                     Defendant.
----------------------------------------------------------------X

Civil Action No. 2:15-cv-04788-JS-SIL

**ORDER**

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Ray Beckerman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action <u>with prejudice</u>. John Doe was assigned the IP address 100.2.26.134. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 1, 2017

*The Clerk of the Court is directed to mark this case CLOSED*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: May 17, 2017
Central Islip, NY

Respectfully submitted,

By:   <u>/s/ Jacqueline M. James</u>
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

1